DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BROWN

No. 512P85.

Case below: 76 N.C. App. 345.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985. Motion by the State to dismiss appeal under G.S. 7A-28(a) allowed 10 December 1985.

STATE v. CAIN

No. 130P86.

Case below: 79 N.C. App. 35.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986. Petition by defendant for writ of supersedeas and temporary stay denied 7 April 1986.

STATE v. CATOE

No. 766P85.

Case below: 78 N.C. App. 167.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986. Temporary stay dissolved 7 April 1986.

STATE v. CHESSON

No. 62P86.

Case below: 78 N.C. App. 443.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. EDWARDS

No. 35P86.

Case below: 78 N.C. App. 605.

Petition by the State for discretionary review under G.S. 7A-31 denied 7 April 1986.